## John K. Barclay, Plff. in Err., *v.* A. C. Barclay.*

Presumption sustained that partner who used machinery after dissolution of firm was purchaser of same so as to charge him with its value on accounting.

(Decided February 7, 1887.)

Appeal from the Court of Common Pleas No. 4 of Philadelphia County. Affirmed.

*J. Howard Gendell* for plaintiff in error.

*Richard C. Dale* for defendant in error.

PER CURIAM:

The able report of the master presents a clear and satisfactory finding of the facts which control the case and a correct conclusion as to the law applicable thereto. The court concurred therein. We discover no just cause for complaint.

Decree affirmed, and appeal dismissed, at the costs of the appellant.